IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>**Plaintiff**<br><br>v.<br><br>a. $10,175.00 in United States currency from First Bank Puerto Rico, Certificate of Deposit number ending in *1409 in the name of Carlos Velazquez Gines.<br><br>b. $10,342.69 in United States currency from First Bank Puerto Rico, Certificate of Deposit number ending in *1418 in the name of Carlos Velazquez Gines.<br><br>c. $10,165.00 in United States currency from First Bank Puerto Rico, Certificate of Deposit number ending in *1450 in the name of Carlos E. Velazquez Gines.<br><br>d. $6,884.33 in United States currency from First Bank Puerto Rico, account ending in *2656 in the name of Carlos Velazquez-Gines, DBA Rebaja Ya Con Los Mejores Products.<br><br>e. $890.91 in United States currency from First Bank Puerto Rico, account ending in *5625, in the name of Carlos Velazquez-Gines.<br><br>f. All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Tierras Nuevas Salientes Ward, Lot No. 7, in the Municipality of Manati, Catastro.<br><br>Property No. 10,006, recorded at Page 60 of Volume 228 of Manati, Registry of the | CIVIL NO. 18- |

1

    Property of Manati.

g.  All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Tierras Nuevas Salientes Ward, Lot No. 4, in the Municipality of Manati.

    Property No. 18,077, recorded at Page 161 of Volume 656 of Manati, Registry of the Property of Manati.

h.  All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Pugnado Afuera Ward, Las Granjas Sector, Lot No. 3, in the Municipality of Vega Baja, Catastro.

    Property No. 10,985, recorded at Page 100 of Volume 193 of Vega Baja, Fourth Section, Registry of the Property of Bayamon.

i.  All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Turabo Ward in the Mari-Olga Urbanization, Block Y, Lot No. 27, in the Municipality of Caguas.

    Property No. 23,030, recorded at Page 153 of Volume 708 of Caguas, Registry of the Property of Caguas, Section of Caguas.

j.  All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Condominio Villas de Manati, Apartment G-301, in the Municipality of Manati.

    Property No. 16,822, recorded at Page 1

|  |
|---|
| of Volume 507 of Manati, Registry of the Property of Manati, Manati Section, |
| **Defendants.** |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, by and through its undersigned attorneys, Rosa Emilia Rodríguez-Vélez, United States Attorney for the District of Puerto Rico, Héctor E. Ramírez-Carbó, Assistant United States Attorney, Chief, Civil Division, and David O. Martorani-Dale, Assistant United States Attorney bring this complaint and allege as follows in accordance with Supplemental Rule G (2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

### NATURE OF THE ACTION

1. This is a civil action <u>in rem</u> brought to enforce the provisions of 18 U.S.C. §§981 (a) (1) (A) and (C), 18 U.S.C. §§982 (a) (1) and (4), 21 U.S.C. §§881 (a) (4) (6) and (7), and §853 (a) (1).

### DEFENDANT <u>IN REM</u>

2. The defendant property seized by an officer of United States Food and Drug Administration (FDA), Office of Criminal Investigations (OCI), consists of:

   a. $10,175.00 in United States currency from First Bank Puerto Rico, Certificate of Deposit number ending in *1409 in the name of Carlos Velazquez Gines.

   b. $10,342.69 in United States currency from First Bank Puerto Rico, Certificate of Deposit number ending in *1418 in the name of Carlos Velazquez Gines.

   c. $10,165.00 in United States currency from First Bank Puerto Rico, Certificate of Deposit number ending in *1450 in the name of Carlos E. Velazquez Gines.

d. $6,884.33 in United States currency from First Bank Puerto Rico, account ending in *2656 in the name of Carlos Velazquez-Gines, DBA Rebaja Ya Con Los Mejores Products.

e. $890.91 in United States currency from First Bank Puerto Rico, account ending in *5625, in the name of Carlos Velazquez-Gines.

f. All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Tierras Nuevas Salientes Ward, Lot No. 7, in the Municipality of Manati, Catastro.

**Property No. 10,006,** recorded at Page 60 of Volume 228 of Manati, Registry of the Property of Manati.

g. All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Tierras Nuevas Salientes Ward, Lot No. 4, in the Municipality of Manati.

**Property No. 18,077,** recorded at Page 161 of Volume 656 of Manati, Registry of the Property of Manati.

h. All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Pugnado Afuera Ward, Las Granjas Sector, Lot No. 3, in the Municipality of Vega Baja, Catastro.

**Property No. 10,985,** recorded at Page 100 of Volume 193 of Vega Baja, Fourth Section, Registry of the Property of Bayamon.

i. All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Turabo Ward in the Mari-Olga Urbanization, Block Y, Lot No. 27, in the Municipality of Caguas.

**Property No. 23,030,** recorded at Page 153 of Volume 708 of Caguas, Registry of the Property of Caguas, Section of Caguas.

j. All that lot or parcel of land, together with its building, appurtenances, improvements, fixtures, attachments and easements, located at Condominio Villas de Manati, Apartment G-301, in the Municipality of Manati.

**Property No. 16,822,** recorded at Page 1 of Volume 507 of Manati, Registry of the Property of Manati, Manati Section.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. §1345; over an action for forfeiture pursuant to 28 U.S.C. § 1355; and over this particular action pursuant to 18 U.S.C. §§981 (a) (1) (A) and (C), 18 U.S.C. §§982 (a) (1) and (4), 21 U.S.C. §§881 (a) (4) (6) and (7), and §853 (a) (1).

4. This Court has in rem jurisdiction over the defendant property pursuant to 28 U.S.C. §1355 (b) (1) (A) (acts and omissions giving rise to the forfeiture occurred in this district) and § 1355 (b) (1) (B) (the defendant property is found in this district).

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355 (b) (1) (A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1395 (the defendant property is found in this district).

## BASIS FOR FORFEITURE

6. This is a civil action *in rem* brought to enforce the provisions of 18 U.S.C. §§981 (a) (1) (A) and (C) – Civil Forfeiture; 18 U.S.C. §§982 (a) (1) and (4) – Criminal Forfeiture; 21 U.S.C. §§881 (a) (4) (6) and (7) – Forfeitures, and §853 (a) (1) – Criminal Forfeitures.

## FACTS

7. The facts and circumstances supporting the seizure and forfeiture of the defendant currency are contained in the 28 U.S.C. § 1746 unsworn declaration of the FDA-OCI, Special Agent, Kristina Ruisanchez attached hereto, and incorporated herein as if fully stated.

## CLAIM FOR RELIEF

WHEREFORE, the United States of America prays that a warrant of arrest for the

defendant currency be issued; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant currency condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted relief as this Court may deem just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 21st day of August 2018.

**ROSA EMILIA RODRIGUEZ-VELEZ**
United States Attorney

*s/Hector E. Ramirez-Carbó*
**Hector E. Ramirez-Carbó**
Assistant U.S. Attorney
Chief, Civil Division
USDC No. 214902
hector.e.ramirez@usdoj.gov

*s/David O. Martorani-Dale*
**David O. Martorani-Dale**
Assistant U.S. Attorney
U.S.D.C.-PR 226004
david.o.martorani@usdoj.gov

350 Carlos Chardón Street
Torre Chardón
Hato Rey, Puerto Rico 00918
Tel. (787 766-5656
Fax. (787) 771 4050

VERIFIED DECLARATION

I, David O. Martorani-Dale, Assistant U.S. Attorney, for the District of Puerto Rico, declare under penalty of perjury as provided by 28 U.S.C. § 1746, the following:

That the foregoing Complaint is based on reports and information furnished to me by the FDA-OCI; that everything contained therein is true and correct to the best of my knowledge and belief.

Executed in San Juan, Puerto Rico, this 21st day of August 2018.

*s/David O. Martorani-Dale*
David O. Martorani-Dale
Assistant U.S. Attorney


VERIFIED DECLARATION

I, Kristina Ruisanchez, Special Agent, FDA-OCI, declare as provided by 28 U.S.C. § 1746, the following:

I have read the contents of the foregoing Complaint for Forfeiture in Rem and the attached unsworn declaration thereto, and I find the same to be true and correct to the best of my knowledge and belief. I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Juan, Puerto Rico, this 21st day of August 2018.

Kristina Ruisanchez
Special Agent
FDA-OCI

Case 3:18-cv-01589 Document 1-1 Filed 08/22/18 Page 1 of 1



# United States District Court *for the* District of Puerto Rico

## CATEGORY SHEET

1. Title of Case (Name of first party on each side only)

   U.S. v. (a) $10,175.00 in United States currency from First Bank Puerto Rico, Certificate of Deposit number ending in *1409 in the name of Carlos Velazquez Gines, Et. Al.,

2. Category in which case belongs: (See Local Rules)

   [X] ORDINARY CIVIL CASE         CIVIL FORFEITURE
   [ ] SOCIAL SECURITY
   [ ] BANK CASE
   [ ] INJUNCTION

3. Title and number, if any, of related cases (See Local Rules)

4. Has a prior action between the same parties and based on the same claim ever been filed in this Court?
   ☐ YES   [X] NO

5. Is this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 U.S.C. 2284?
   ☐ YES   [X] NO

6. Does this case question the constitutionality of a state statute (FRCP 24)?
   ☐ YES   ☒ NO

(Please Print)

USDC ATTORNEY'S ID NO.: USDC # 226004

ATTORNEY'S NAME: David O. Martorani-Dale

MAILING ADDRESS: TORRE CHARDON, SUITE 1201, 350 CARLOS CHARDON AVE

HATO REY  PR    ZIP CODE 00918

TELEPHONE NO.: 787-766-5656

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
David O. Martorani-Dale, AUSA, 350 Carlos Chardon Ave, Suite 1201, Hato Rey, PR 00918

## DEFENDANTS
(a) $10,175.00 in United States currency from First Bank Puerto Rico, Certificate of Deposit number ending in *1409 in the name of Carlos Velazquez Gines, Et. Al.,

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
Title 21, United States Code, Section 881.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE
DOCKET NUMBER

DATE: 8/22/2018
SIGNATURE OF ATTORNEY OF RECORD: s/David O. Martorani-Dale

**FOR OFFICE USE ONLY**

RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE